Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America )
v. )
)
Terrence Press Johnson, Jr., ) Case No.  3:20-cr-42-05
a/k/a T, a/k/a Terrance )
Press Johnson Jr. )
)
*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Terrence Press Johnson, Jr.   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Money Laundering Conspiracy;
Maintaining a Drug-Involved Premise;
Possession with Intent to Distribute Oxycodone;
Possession of Firearms in Furtherance of a Drug Trafficking Crime;
Possession of Firearms by a Convicted Felon;
Aiding and Abetting and Forfeiture Allegation

Date:  02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:  Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)*  02/21/2020  , and the person was arrested on *(date)*  02/28/2020
at *(city and state)*  Rolla, ND  .

Date:  02/28/2020

*Arresting officer's signature*

Reed Mesman - FBI SA
*Printed name and title*